FILED
October 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Javier Martinez_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **MANUEL GUADIAN,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL TAX ADVISORY SERVICES LLC** a California Limited Liability Company and **TAX RELIEF HELPERS, INC** a California Corporation<br>**Matthew Levy**<br><br>Defendants. | Case No.  EP-23-CV-0328-FM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant MATTHEW LEVY neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Manuel Guadian, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action against MATTHEW LEVY without prejudice, with each party to bear its own costs, attorneys' fees, and other fees.  *See, e.g.*, *Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has an "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary or court") (internal quotation marks and citations omitted).

Dated:  October 3, 2023,                                Respectfully submitted,

Manuel Guadian (*Pro Se*)
3805 Tierra Fiji Ln
El Paso, TX 79938
e-Mail: maguadianjr@gmail.com

**RECEIVED**
October 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Javier Martinez___
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **MANUEL GUADIAN,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL TAX ADVISORY SERVICES LLC** a California Limited Liability Company and **TAX RELIEF HELPERS, INC** a California Corporation<br>**Matthew Levy**<br><br>Defendants. | Case No.  EP-23-CV-0328-FM |

## [PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Upon consideration of Plaintiff's Motion for Voluntary Dismissal, the Court has determined that the Motion should be, and hereby is, **GRANTED** and this action be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2023                     _____
                                                                                    Hon. Kathleen Cardone
                                                                                    U.S. District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **MANUEL GUADIAN,** § § § **Plaintiff,** § § **v.** § § **NATIONAL TAX ADVISORY SERVICES** § **LLC** a California Limited Liability Company and § **TAX RELIEF HELPERS, INC** § a California Corporation § **Matthew Levy** § § § § **Defendants.** § § | Case No.  EP-23-CV-0328-FM |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be served via electronic mail on all counsel of record.

Dated:  October 3, 2023,                                      Respectfully submitted,

Manuel Guadian (*Pro Se*)
3805 Tierra Fiji Ln
El Paso, TX 79938
e-Mail: maguadianjr@gmail.com