**RECEIVED**
October 04, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Javier Martinez
    DEPUTY

**FILED**
OCT 5 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| MANUEL GUADIAN, § § § Plaintiff, § § v. § § NATIONAL TAX ADVISORY SERVICES § LLC a California Limited Liability Company § and **TAX RELIEF HELPERS, INC** § A California Corporation § § § § § Defendants. § § | EP-23-CV-0328-FM |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on August 28, 2023; that the summons and complaint were duly served upon the Defendants NATIONAL TAX ADVISORY SERVICES LLC on September 6, 2023, and TAX RELIEF HELPERS, INC on September 8, 2023, and more than 21 days have passed, and no answer or other pleading have been filed by said Defendants as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendants NATIONAL TAX ADVISORY SERVICES LLC and TAX RELIEF HELPERS, INC. as provided in Rule 55(a), Federal Rules of Civil Procedure.

By _____
   Clerk