UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MANUEL GUADIAN, | § § § | |
| Plaintiff, | § | |
| v. | § § | |
| NATIONAL TAX ADVISORY SERVICES LLC, a California Limited Liability Company, and TAX RELIEF HELPERS, INC., a California Corporation, | § § § § § § § | 3:23-CV-00328-LS |
| Defendants. | § § | |

## ORDER SETTING DEADLINE FOR DEFAULT JUDGMENT MOTION

I consider this case *sua sponte*. On October 3, 2023, Plaintiff voluntarily dismissed Defendant Matthew Levy from this case.[1] On October 5, 2023, the Clerk entered defaults as to the remaining defendants National Tax Advisory Services LLC, and Tax Relief Helpers, Inc.[2]

There has been no activity in this case for more than seven months. Therefore, Plaintiff is **ORDERED** to file any default judgment motion as to defendants National Tax Advisory Services LLC, and Tax Relief Helpers, Inc., no later than May 25, 2024. Alternatively, Plaintiff may seek to voluntarily dismiss the entire lawsuit by such date. Failure to comply with this order may result in the final dismissal of the lawsuit for failure to diligently prosecute it.

**SIGNED** and **ENTERED** on May 15, 2024.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.
[2] ECF No. 9.