UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MANUEL GUADIAN, § <br> § <br> **Plaintiff,** § <br> v. § <br> §     3:23-CV-00328-LS <br> NATIONAL TAX ADVISORY § <br> SERVICES LLC, a California Limited § <br> Liability Company, and TAX RELIEF § <br> HELPERS, INC., a California § <br> Corporation, § <br> § <br> **Defendants.** § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

On October 3, 2023, Plaintiff Guadian voluntarily dismissed defendant Matthew Levy from this case.[1] On October 5, 2023, the Clerk entered defaults as to the remaining defendants National Tax Advisory Services LLC, and Tax Relief Helpers, Inc.[2] This case was transferred to me on May 6, 2024.[3] On May 15, 2024, the Court ordered Plaintiff to file any default judgment motion as to National Tax Advisory Services LLC, and Tax Relief Helpers, Inc., no later than May 25, 2024, or seek to voluntarily dismiss the entire lawsuit by such date.[4] As of June 20, 2024, Plaintiff Guadian failed to comply with the May 15th order.

On June 20, 2024, at 10:00 AM, on the sixth floor of the United States District Courthouse in El Paso, Texas, Plaintiff Guadian appeared for a court-ordered status conference.[5] On the record, Plaintiff Guadian requested to dismiss this lawsuit in its entirety. Upon consideration of Plaintiff Guadian's request for dismissal, and the Court noting that no defendant has been served or

---

[1] ECF No. 6.
[2] ECF No. 9.
[3] ECF No. 11.
[4] ECF No. 12.
[5] ECF No. 13.

appeared, the Court is of the opinion the request should be **GRANTED** and this action is **DISMISSED** without prejudice under Rule 41(a)(2)[6]. In connection therewith, the Clerk's Office shall **CLOSE** the instant case.

    **SO ORDERED**.

    **SIGNED** and **ENTERED** on June 20, 2024.

                                **LEON SCHYDLOWER**
                                **UNITED STATES DISTRICT JUDGE**

---

[6] Fed. R. Civ. P. 41(a)(2).