# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

## OFFICIAL USE

Certified Mail Fee
$ 6-20-24

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage

$

Sent To

Manuel Guadian
3805 Tierra Fiji Ln.
El Paso, TX 79938
3:23-cv-328-LS Doc. 15 (dt)

Street and Apt.

City, State, ZIP+

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0001 9913 2512